UNITED STATES of America, Plaintiff–Appellee,

v.

Nixon QUINTERO–GONGORA, Defendant–Appellant.

No. 06–13728
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Feb. 2, 2007.

Mark G. Rodriguez, Mark G. Rodriguez, P.A., Tampa, FL, for Defendant–Appellant.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

Before BLACK, MARCUS and COX, Circuit Judges.

PER CURIAM:

Mark G. Rodriguez, appointed counsel for Nixon Gongora, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the conviction and resulting sentence are **AFFIRMED.**